## IN RE TRUST OF JACOBS

No. 315P90

Case below: 99 N.C.App. 221

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## IN RE WHITE

No. 266P90

Case below: 98 N.C.App. 514

Petition by respondents for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## INGLES MARKETS, INC. v. TOWN OF BLACK MOUNTAIN

No. 234P90

Case below: 98 N.C.App. 372

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## JOHNSON v. IBM

No. 186P90

Case below: 97 N.C.App. 493

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## JOHNSON v. SKINNER

No. 323A90

Case below: 99 N.C.App. 1

Petition by defendants (Skinner and Green) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 29 August 1990. Petition by defendant (Concepts) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 29 August 1990.